UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTIN MCCULLOR, as Guardian and
Conservator of WILLIAM EDWARD POLHEMUS II,
an Incapacitated Individual, and KRISTIN
MCCULLOR, for herself and as Next Friend of
BODE CHRISTIAN WILLEM POLHEMUS and
FINN IAN EDWARD POLHEMUS, minors

Case No. 1:20-cv-194
Hon. Hala Y. Jarbou

  Plaintiffs,

v

SA TRANSWORLD LLC, a Domestic Limited
Liability Company, QUENTIN TAMAL SALLIE and
XTRA LEASE LLC, a Limited Liability Company,

  Defendants.
_____/

| | |
|---|---|
| SAMUEL H. PIETSCH (P30173) | LINDSAY N. DANGL (P73231) |
| VEN R. JOHNSON (P39219) | Murphy Spagnuolo, PC |
| ANTHONY P. SINISHTAJ (P82128) | Attorneys for Defs SA Transworld & Sallie |
| Johnson Law, PLC | 2123 University Park Dr., Suite 130 |
| Attorneys for Plaintiffs | Okemos, MI  48864 |
| 535 Griswold St., Suite 2632 | |
| Detroit, MI  48226 | ANGELA K. HARMON-KUHL (P57921) |
| (313) 324-8300; (313) 324-8301 – fax | Harmon-Kuhl & Associates |
| spietsch@venjohnsonlaw.com | Attorneys for Defendant XTRA LEASE |
| sjuncaj@venjohnsonlaw.com | 500 Woodward Ave., Suite 3500 |
| | Detroit, MI  48226 |
| | (313) 965-8300 |

_____/

**<u>STIPULATED ORDER TO STRIKE DOCUMENT FROM THE RECORD</u>**

  This matter having come before this Court upon stipulation by the attorneys for the respective parties, and the Court being otherwise advised herein,

  IT IS ORDERED THAT Plaintiffs' Motion for Approval of Settlement (ECF No. 49) shall be stricken and removed from the Court's records, to be replaced by Plaintiffs'

*Amended* Motion for Approval of Settlement (ECF No. 50), scheduled to be heard on November 18, 2020 at 1:00 p.m.

        /s/ Hala Y. Jarbou
        HALA Y. JARBOU
        U.S. DISTRICT COURT JUDGE

STIPULATED BY:

| /s/ Samuel H. Pietsch | /s/ Lindsay N. Dangl (w/consent) |
|---|---|
| SAMUEL H. PIETSCH (P30173) | LINDSAY N. DANGL (P73231) |
| Johnson Law, PLC | Murphy Spagnuolo, PC |
| Attorneys for Plaintiffs | Attorneys for Defs SA Transworld/Sallie |

| /s/ Angela K. Harmon-Kuhl (w/consent) | Dated:   October 30, 2020 |
|---|---|
| ANGELA K. HARMON-KUHL (P57921) | |
| Harmon-Kuhl & Associates | |
| Attorneys for Def XTRA Lease | |

2