UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTIN MCCULLOR, as Guardian and
Conservator of WILLIAM EDWARD POLHEMUS II,
an Incapacitated Individual, and KRISTIN
MCCULLOR, for herself and as Next Friend of
BODE CHRISTIAN WILLEM POLHEMUS and
FINN IAN EDWARD POLHEMUS, minors

Case No. 1:20-cv-194
Hon. Hala Y. Jarbou

    Plaintiffs,

v

SA TRANSWORLD LLC, a Domestic Limited
Liability Company, QUENTIN TAMAL SALLIE and
XTRA LEASE LLC, a Limited Liability Company,

    Defendants.

_____/

| | |
|---|---|
| SAMUEL H. PIETSCH (P30173)<br>VEN R. JOHNSON (P39219)<br>ANTHONY P. SINISHTAJ (P82128)<br>Johnson Law, PLC<br>Attorneys for Plaintiffs<br>535 Griswold St., Suite 2632<br>Detroit, MI  48226<br>(313) 324-8300; (313) 324-8301 – fax<br>spietsch@venjohnsonlaw.com<br>sjuncaj@venjohnsonlaw.com | LINDSAY N. DANGL (P73231)<br>Murphy Spagnuolo, PC<br>Attorneys for Defs SA Transworld & Sallie<br>2123 University Park Dr., Suite 130<br>Okemos, MI  48864<br><br>ANGELA K. HARMON-KUHL (P57921)<br>Harmon-Kuhl & Associates<br>Attorneys for Defendant XTRA LEASE<br>500 Woodward Ave., Suite 3500<br>Detroit, MI  48226<br>(313) 965-8300 |

_____/

**ORDER APPROVING SETTLEMENT AND DISTRIBUTION OF
PERSONAL INJURY PROCEEDS**

    This matter having come before this Court upon motion, oral testimony having been heard via remote videoconference, and the Court being otherwise advised herein,

IT IS HEREBY ORDERED THAT:

1. settlement of this matter for the amount of the policy limits is approved;

2. authority is granted of Kristin McCullor to execute such closing documents as may be deemed necessary to effect the disposition of this matter;

3. case costs advanced by counsel, and a 1/3 attorney fee in favor of Johnson Law, PLC are approved, in amounts disclosed to the Court at the settlement hearing of this matter;

4. authority is granted to Johnson Law, PLC to negotiate the workers compensation lien being asserted against the tort recovery to the maximum possible benefit of Plaintiff; and

5. the amount for distribution to Plaintiff Kristin McCullor, after deduction of case costs advanced, attorney fees and resolution of the workers compensation lien, is released entirely to Kristin McCullor, as Conservator and Guardian, and spouse, of William Edward Polhemus, II, and as parent of their minor children Bode and Finn Polhemus, to be used in her sound judgment for the care and support of her family.

Date: November 18, 2020         /s/Hala Y. Jarbou
                                HALA Y. JARBOU
                                U. S. DISTRICT COURT JUDGE