UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTIN MCCULLOR, as Guardian and
Conservator of WILLIAM EDWARD POLHEMUS II,
an Incapacitated Individual, and KRISTIN
MCCULLOR, for herself and as Next Friend of
BODE CHRISTIAN WILLEM POLHEMUS and
FINN IAN EDWARD POLHEMUS, minors

Case No. 1:20-cv-194
Hon. Hala Y. Jarbou

    Plaintiffs,

v

SA TRANSWORLD LLC, a Domestic Limited
Liability Company, QUENTIN TAMAL SALLIE and
XTRA LEASE LLC, a Limited Liability Company,

    Defendants.

_____/

| | |
|---|---|
| SAMUEL H. PIETSCH (P30173)<br>VEN R. JOHNSON (P39219)<br>ANTHONY P. SINISHTAJ (P82128)<br>Johnson Law, PLC<br>Attorneys for Plaintiffs<br>535 Griswold St., Suite 2632<br>Detroit, MI  48226<br>(313) 324-8300; (313) 324-8301 – fax<br>spietsch@venjohnsonlaw.com<br>sjuncaj@venjohnsonlaw.com | LINDSAY N. DANGL (P73231)<br>Murphy Spagnuolo, PC<br>Attorneys for Defs SA Transworld & Sallie<br>2123 University Park Dr., Suite 130<br>Okemos, MI  48864<br><br>ANGELA K. HARMON-KUHL (P57921)<br>Harmon-Kuhl & Associates<br>Attorneys for Defendant XTRA LEASE<br>2020 Bramblewood<br>Holly, MI   48442<br>(248) 563-8702 |

_____/

## **STIPULATED ORDER FOR DISMISSAL**

    This matter having come before this Court upon stipulation by the attorneys for the respective parties, and the Court being otherwise advised herein,

IT IS ORDERED THAT this matter is dismissed with prejudice and without costs to any party.

This is a final order and closes this case.

Dated: 11/25/2020                               /s/ Hala Y. Jarbou
                                                HALA Y. JARBOU
                                                United States District Court Judge


STIPULATED BY:


   /s/ Samuel H. Pietsch                              /s/ Lindsay N. Dangl (w/consent)
SAMUEL H. PIETSCH (P30173)                         LINDSAY N. DANGL (P73231)
Johnson Law, PLC                                   Murphy Spagnuolo, PC
Attorneys for Plaintiffs                           Attorneys for Defs SA Transworld/Sallie


/s/ Angela K. Harmon-Kuhl (w/consent)              Dated:  November 24, 2020
ANGELA K. HARMON-KUHL (P57921)
Harmon-Kuhl & Associates
Attorneys for Def XTRA Lease